# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Nadjaliette Montalvo
Plaintiff

v.

Worldwide Flight Services, Inc. and IAS Logi
Defendant

3:24-cv-303-E
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Nadjaliette Montalvo

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff, Nadjaliette Montalvo
Plaintiff's Counsel, Travis Gasper, GASPER LAW PLLC
Defendant Worldwide Flight Services, Inc.
Counsel for Defendant Worldwide Flight Services, Inc.
Defendant IAS Logistics DFW, LLC, d/b/a Pinnacle Logistics
Counsel for Defendant IAS Logistics DFW, LLC, d/b/a Pinnacle Logistics

| | |
|---|---|
| Date: | February 7, 2024 |
| Signature: | /s/ Travis Gasper |
| Print Name: | Travis Gasper |
| Bar Number: | 24096881 |
| Address: | 1408 N. Riverfront Blvd., #323 |
| City, State, Zip: | Dallas, TX 75207 |
| Telephone: | 469.663.7736 |
| Fax: | 833.957.2957 |
| E-Mail: | travis@travisgasper.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.