# UNITED STATES DISTRICT COURT
for the

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

| | |
|---|---|
| NADJALIETTE MONTALVO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-00303-E |
| | ) |
| WORLDWIDE FLIGHT SERVICES, INC. and IAS LOGISTICS DFW, LLC, d/b/a PINNACLE LOGISTICS | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   IAS LOGISTICS DFW, LLC, d/b/a PINNACLE LOGISTICS, BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GASPER LAW, PLLC , 1408 NORTH RIVERFRONT BOULEVARD SUITE 323 , DALLAS, TX 75207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00303-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* IAS LOGISTICS DFW, LLC, d/b/a PINNACLE LOGISTICS was received by me on *(date)* Feb 8, 2024, 12:53 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Intake Specialist: George Martinez , who is designated by law to accept service of process on behalf of *(name of organization)* BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM on *(date)* Thu, Feb 08 2024 1:31 pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 35.00 for services, for a total of $ 35.00.

I declare under penalty of perjury that this information is true.

Date: 02/09/2024

*Server's signature*

Mauricio Segovia, Process Server PSC-1689

*Printed name and title*

400 N ERVAY ST #131122, DALLAS, TX 75201-3112

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 8, 2024, 1:31 pm CST at CORPORATE: 1999 BRYAN STREET SUITE 900, DALLAS, TX 75201 received by IAS LOGISTICS DFW, LLC, d/b/a PINNACLE LOGISTICS, BY SERVING REGISTERED AGENT, CT CORPORATION SYSTEM, accepted by Intake Specialist: George Martinez

Documents: SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, CIVIL COVER SHEET, EXHIBIT A