# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **NADAJALIETTE MONTALVO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Civil Action No. 3:24-cv-303** |
| **WORLDWIDE FLIGHT SERVICES** ) | |
| **INC. and IAS LOGISTICS DFW, LLC** ) | |
| **d/b/a PINNACLE LOGISTICS** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

On this day came to be considered Defendants' Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court, having considered the unopposed motion, is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is on or before April 19, 2024.

SIGNED this _____ day of _____, 2024.

_____
U.S. DISTRICT JUDGE ADA BROWN

10530336v1