IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NADAJALIETTE MONTALVO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 3:24-cv-303 |
| WORLDWIDE FLIGHT SERVICES | ) |
| INC. and IAS LOGISTICS DFW, LLC | ) |
| d/b/a PINNACLE LOGISTICS | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

On this day came to be considered Defendants' Motion for an Additional Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court, having considered the motion, is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is on or before May 17, 2024.

SIGNED this _____ day of _____, 2024.

_____
U.S. DISTRICT JUDGE ADA BROWN

11030894v1