IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **NADJALIETTE MONTALVO,** § § § **Plaintiff,** § § **v.** § § **WORLDWIDE FLIGHT SERVICES,** § **INC. and IAS LOGISTICS DFW, LLC,** § **d/b/a PINNACLE LOGISTICS,** § § **Defendants.** § | Civil Action No. 3:24-cv-303-E<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nadjaliette Montalvo ("Plaintiff") and Defendants Worldwide Flight Services, Inc. and IAS Logistics DFW, LLC, d/b/a Pinnacle Logistics ("Defendants") file this Joint Notice of Settlement, and respectfully show the Court the following:

1.  Plaintiff and Defendants have reached a settlement in the above-referenced case and are in the process of finalizing the settlement details, including preparation of the settlement agreement and dismissal documents.

2.  The Parties anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next 30 days, and request the Court to Stay all pending deadlines and proceedings during this time.

Respectfully submitted,

| **GASPER LAW PLLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
|---|---|
| By: */s/ Travis Gasper* <br> Travis Gasper, *attorney-in-charge* <br> Texas Bar No. 24096881 <br> 1408 N. Riverfront Blvd., Suite 323 <br> Dallas, Texas 75207 <br> Phone: (469) 663-7736 <br> Fax: (833) 957-2957 <br> Email: travis@travisgasper.com | */s/ Hunter Johnson (with permission)* <br> Hunter Johnson <br> Texas Bar No. 10753900 <br> Email: hjohnson@constangy.com <br> Tedrick Hawkins <br> Texas Bar No. 24134123 <br> Email: thawkins@constangy.com <br> 120 Elm Street, Suite 2550, Dallas, TX 75270 <br> Main: 214.646.3421 Fax: 214.749.0078 |
| **ATTORNEY FOR PLAINTIFF** | ATTORNEYS FOR DEFENDANTS |