IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NADJALIETTE MONTALVO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-cv-303-E |
| | § | |
| WORLDWIDE FLIGHT SERVICES, INC. and IAS LOGISTICS DFW, LLC, d/b/a PINNACLE LOGISTICS, | § § § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Nadjaliette Montalvo hereby notifies the Court of the dismissal of this action with prejudice against Defendants Worldwide Flight Services, Inc. and IAS Logistics DFW, LLC, d/b/a Pinnacle Logistics. Each party is to bear her/their respective attorneys' fees and costs.

Respectfully submitted,

**GASPER LAW PLLC**

By: */s/ Travis Gasper*
Travis Gasper, *attorney-in-charge*
Texas Bar No. 24096881
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
Phone: (469) 663-7736
Fax: (833) 957-2957
Email: travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**